## NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

## BUDROVICH CONTRACTING COMPANY; and Budrovich Excavating Company, a Single Employer, Respondents.

No. 00–3910.

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 10, 2001.

Filed Oct. 15, 2001.

Before MORRIS SHEPPARD ARNOLD and BRIGHT, Circuit Judges,

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

and KYLE,[1] District Judge.

PER CURIAM.

The National Labor Relations Board petitions to enforce its order finding that Budrovich Contracting Company and Budrovich Excavating Company violated 29 U.S.C. § 158(a)(1) and § 158(a)(3) in a number of ways, most notably by laying off and discharging two union employees for demanding rights secured to them by a collective bargaining agreement, and by coercively interrogating another union employee.

■ We detect no error in the Board's appreciation or application of the law, and its findings of fact are supported by substantial evidence in the record, that is, " 'such relevant evidence as a reasonable mind might accept as adequate to support a conclusion.' " *Carleton College v. NLRB*, 230 F.3d 1075, 1077 (8th Cir.2000), quoting *Consolidated Edison Co. of N.Y. v. NLRB*, 305 U.S. 197, 229, 59 S.Ct. 206, 83 L.Ed. 126 (1938). We therefore grant the Board's petition and enforce its order in its entirety.